Tulane University

Tulane Environmental Law Clinic

January 10, 2017

<u>*Via Certified Mail # 7015 1730 0001 8727 1523*</u>
<u>*Return Receipt Requested*</u>
Sally Jewell, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

<u>*Via Certified Mail # 7015 1730 0001 8727 1547*</u>
<u>*Return Receipt Requested*</u>
Penny Pritzer, Secretary
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230

<u>*Via Certified Mail # 7015 1730 0001 8727 1554*</u>
<u>*Return Receipt Requested*</u>
Gina McCarthy, Administrator
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW
Mail Code 1101A
Washington, DC 20460

<u>*Via Certified Mail # 7015 1730 0001 8727 1479*</u>
<u>*Return Receipt Requested*</u>
Mr. Ron Curry, Regional Administrator
U.S. EPA, Region 6
Fountain Place 12th Floor, Suite 1200
1445 Ross Avenue
Dallas, TX 75202-2733

Re:   **Sixty-Day Notice of Intent to Sue: Violations of the Endangered Species Act Related to the U.S. Environmental Protection Agency's Failure to Consult**

Dear Secretaries Jewell and Pritzer, Ms. McCarthy, and Mr. Curry:

We are writing to provide notice under Endangered Species Act (ESA), Section 11(g)(2)(A)(i), 16 U.S.C. § 1540(g)(2)(A)(i), that the Gulf Restoration Network, Little Tchefuncte River Association, Sierra Club Delta Chapter, Louisiana Audubon Council, and the Louisiana Environmental Action Network intend to file a citizen suit pursuant to ESA section

EPA Approval of Louisiana Site-Specific DO Criteria
Notice of Violation
January 10, 2017

11(g)(1)(A), 16 U.S.C. § 1540(g)(1)(A), against the U.S. Environmental Protection Agency (EPA) for violations of Section 7 of the ESA. When the EPA approved Louisiana's drastic lowering of the dissolved oxygen criteria applicable to thirty-one Louisiana subsegments of rivers and streams pursuant to Section 303(c) of the Clean Water Act, it failed to insure, through consultation with the U.S. Fish and Wildlife Service (FWS) and the National Marine Fisheries Service (NMFS), that its action was not likely to jeopardize the continued existence of ESA-listed species, including the Atlantic sturgeon (Gulf subspecies) (hereinafter "Atlantic sturgeon") and the Alabama (inflated) heelsplitter mussel (hereinafter "Alabama heelsplitter mussel").[1] Likewise, with respect to the Atlantic sturgeon, EPA's failed to ensure, through consultation with the FWS, that its action was not likely to result in the destruction or adverse modification of this species' critical habitat.[2] Both of these failures constitute violations of ESA section 7.[3]

## Factual Background

On June 3, 2016, pursuant to Section 303(c) of the Clean Water Act, EPA approved Louisiana's Dissolved Oxygen Criteria Revisions for the Eastern Lower Mississippi Alluvial Plain Ecoregion. Exhibit A. The approval resulted in the drastic lowering of dissolved oxygen criteria – to hypoxic or nearly hypoxic levels – for the thirty-one subsegments of rivers and streams in this Ecoregion to 2.3 mg/L for nine months of the year – March through November. EPA did not consult with either the U.S. Fish and Wildlife Service (FWS) or the National Marine Fisheries Service (NMFS) before approving these widespread changes, despite the fact that its action may affect at least two species listed as threatened under the Endangered Species Act: the Atlantic sturgeon (Gulf subspecies) and the Alabama (inflated) heelsplitter mussel.

The FWS has documented that these two listed species occur in many of the waterbody subsegments affected by EPA's approval and to which the new dissolved oxygen criteria apply. The document attached as Exhibit B includes the FWS's listing of waterbody subsegments in Louisiana in which listed species are known to occur. In particular, the Alabama heelsplitter mussel is known to occur in subsegment 040302, formerly "Amite River From LA 37 to Amite River Diversion Canal." Though current subsegment 040302 is not one of the subsegments to which the new criteria apply (see EPA listing of affected subsegments, Exhibit A at 5), the new criterion applies to newly-created subsegment 040306 ("Amite River-From LMRAP Ecoregion boundary to Amite River Diversion Canal"), which contains part of what was formerly designated as 040302.[4]

FWS lists the Atlantic sturgeon as occurring in many of the subsegments which are subject to the new dissolved oxygen criteria: 040302 (see previous discussion), 040305, 040401, 040402, 040502 (which is now 040506), 040503 (part of which is now 040507), 040505 (part of which is now 040508), 040601, 040604, 040702, 040801 (part of which is now 040807), 040802 (which is now 040808), 040901 and 040902 (part of which are now 040912 and 040913),

---

[1] Both species are listed at 50 C.F.R. § 17.11(h). The Atlantic sturgeon was listed in 56 Fed. Reg. 49653 (Sept. 30, 1991) and the Alabama heelsplitter was listed in 55 Fed. Reg. 39868 (Sept. 28, 1990).
[2] Critical habitat designation at 68 Fed. Reg. 13370 (Mar. 19, 2003).
[3] 16 U.S.C. § 1536.
[4] In the same rulemaking as the DO revision, Louisiana also revised the boundaries of 42 subsegments, resulting in the creation of 21 new waterbody subsegments. EPA approved the boundary revisions on September 9, 2016.

EPA Approval of Louisiana Site-Specific DO Criteria
Notice of Violation
January 10, 2017

040904 (part of which is now 040914), 040905 (part of which is now included in 040915), and 040908 (part of which is now included in 040917).

In its June 3, 2016, approval letter, EPA acknowledged both its duty to consult on this approval action and the fact that it did not consult.

### Alleged Violations of The Endangered Species Act

The Endangered Species Act provides that "any person may commence a civil suit on his own behalf [ ]to enjoin any person, including the United States and any other governmental instrumentality or agency . . . who is alleged to be in violation of any provision of this chapter or regulation issued under the authority thereof."[5]

Section 7(a)(2) mandates that federal agencies "shall, in consultation with and with the assistance of the Secretary, insure that any action authorized, funded, or carried out by such agency...is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species."[6] The statute further requires that "each agency shall use the best scientific and commercial data available" to fulfill this requirement.[7] The EPA violated ESA Section 7(a)(2) by failing to consult with the FWS and the NMFS to insure that lowering the dissolved oxygen water quality criteria to 2.3 mg/L for nine months of the year in these thirty-one subsegments would not jeopardize ESA-listed species like the Atlantic sturgeon and the Alabama heelsplitter mussel or result in the destruction or adverse modification of critical habitat of the Atlantic sturgeon. The revised DO criterion could pose a particular threat to sensitive life stages of the Atlantic sturgeon, like the juvenile or larval stages. Further, to the extent that EPA claims it fulfilled its duties under Section 7(a)(2) using the data and analysis it reviewed and performed to approve the DO changes, it violated Section 7 by failing to use the best scientific data available, as that decision was not based on sound scientific data or rationale.

### Persons Giving Notice

The full name, address, and telephone number of the parties providing this notice are as follows:

Gulf Restoration Network
P.O. Box 2245
New Orleans, Louisiana 70176
(504) 525-1528

Little Tchefuncte River Association
c/o Matthew Allen
13058 Major Lane
Folsom, LA 70437
(985) 867-1499

---

[5] 16 U.S.C. § 1540(g)(1)(A).
[6] 16 U.S.C. § 1536(a)(2).
[7] *Id.*

3

EPA Approval of Louisiana Site-Specific DO Criteria
Notice of Violation
January 10, 2017

Louisiana Audubon Council
c/o Barry Kohl
1522 Lowerline Street
New Orleans, LA 70118
(504) 861-8465

Sierra Club, Delta Chapter
c/o Haywood Martin
P.O. Box 52503
Lafayette, LA 70505
(337) 298-8380

Louisiana Environmental Action Network
P.O. Box 66323
Baton Rouge, LA 70896
(225) 928-1315

## Identification of Counsel

Lisa Jordan, La. Bar No. 20451
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118
Phone: (504) 865-5789
Direct: (504) 314-2481
Fax: (504) 862-8721
Email: lwjordan@cox.net

## Relief Sought

If a lawsuit is necessary to resolve this matter, the Gulf Restoration Network, Little Tchefuncte River Association, Sierra Club, Louisiana Audubon Council, and the Louisiana Environmental Action Network may seek declaratory and injunctive relief, as well as costs of litigation.

If you believe any of the contents of this letter to be in error, or otherwise wish to discuss the violations alleged in this letter, please contact counsel for the citizen groups. Thank you.

Sincerely,

Lisa Jordan, Supervising Atty. (La. Bar. 20451)
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118
Tel. No. (504) 865-5789

4

EPA Approval of Louisiana Site-Specific DO Criteria
Notice of Violation
January 10, 2017

Direct: (504) 314-2481
Fax No. (504) 862-8721

cc: *Via Certified Mail # 7015 1730 0001 8727 1561*
*Return Receipt Requested*
Attorney General Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Via Certified Mail # 7015 1730 0001 8727 1578*
*Return Receipt Requested*
United States Fish and Wildlife Service
Office of Endangered Species
4401 N. Fairfax Drive, Rm. 420
Arlington, VA 22303

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To Sally Jewell Sec., U.S. DOI
Street and Apt. No., or PO Box No. 1849 C Street, N.W.
City, State, ZIP+4 Washington D.C. 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7015 1730 0001 8727 1523

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sally Jewell, Secretary
U.S. Dept. of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

9590 9403 0580 5183 1750 62

2. Article Number *(Transfer from service label)*
7015 1730 0001 8727 1523

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**UNITED STATES POSTAL SERVICE**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Tulane Environmental Law Clinic
6329 Freret St., Ste. 130
New Orleans, LA 70118-6231
Attention: Lisa Jordan
Case #: 157-049.1

**USPS TRACKING#**



9590 9403 0580 5183 1699 55



7015 1730 0001 8727 1547

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$
Sent To Penny Pritzer, Sec., U.S. Dept. Commerce
Street and Apt No., or PO Box No. 1401 Constitution Ave., N.W
City, State, ZIP+4 Washington, D.C. 20230

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Gina McCarthy, Administrator<br>U.S. Environmental Protection Agy<br>William Jefferson Clinton Bldg.<br>1200 Pennsylvania Ave. NW<br>Mail Code 1101A<br>Washington, D.C. 20460 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0580 5183 1699 62 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7015 1730 0001 8727 1554 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To Gina McCarthy, admin. USEPA
Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave, NW, MC1101A
City, State, ZIP+4 Washington, DC 20460

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To: Ron Curry, Admin, EPA Region 6
Street and Apt. No., or PO Box No.: Fountain Place, Ste. 1200, 1445 Ross
City, State, ZIP+4: Dallas, TX 75202-2733

Postmark Here

7015 1730 0001 8727 1479

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Ron Curry, Reg. Admin.
U.S. EPA, Region 6
Fountain Place 12th Floor, Ste 1200
1445 Ross Avenue
Dallas, TX  75202-2733

9590 9403 0580 5183 1699 93

2. Article Number *(Transfer from service label)*
7015 1730 0001 8727 1479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, April 2015 PSN 7530-02-000-9053

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To USFWS, Office of Endang. Species
Street and Apt. No., or PO Box No. 4401 N. Fairfax Dr. Rm 420
City, State, ZIP+4 Arlington, VA 22303

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1730 0001 8727 1578

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Fish and Wildlife Service

Office of Endangered Species
4401 N. Fairfax Dr., Rm. 420
Arlington, VA  22303

9590 9403 0580 5183 1758 40

2. Article Number *(Transfer from service label)*
7015 1730 0001 8727 1578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To: AG Loretta Lynch, U.S. DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Article Number: 7015 1730 0001 8727 1561

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Atty. Gen. Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

9590 9403 0580 5183 1700 05

2. Article Number *(Transfer from service label)*
7015 1730 0001 8727 1561

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Penny Pritzker, Secretary
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, D.C.  20230

9590 9403 0580 5183 1699 55

2. Article Number (Transfer from service label)
7015 1730 0001 8727 1547

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Exec Sec
C. Date of Delivery: 1-17-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Ron Curry, Reg. Admin.
U.S. EPA, Region 6
Fountain Place 12th Floor, Ste 1200
1445 Ross Avenue
Dallas, TX  75202-2733

9590 9403 0580 5183 1699 93

2. Article Number (Transfer from service label)
7015 1730 0001 8727 1479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EPA REGION 6
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: JAN 13 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gina McCarthy, Administrator
U.S. Environmental Protection Agy
William Jefferson Clinton Bldg.
1200 Pennsylvania Ave. NW
Mail Code 1101A
Washington, D.C. 20460

9590 9403 0580 5183 1699 62

2. Article Number (Transfer from service label)
7015 1730 0001 8727 1554

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Mail Management* ☐ Agent ☐ Addressee
B. Received by (Printed Name): — C. Date of Delivery: JAN 18 2017
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Atty. Gen. Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

9590 9403 0580 5183 1700 05

Article Number (Transfer from service label)
5 1730 0001 8727 1561

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): — C. Date of Delivery: JAN 19 2017
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, April 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sally Jewell, Secretary
U.S. Dept. of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

9590 9403 0580 5183 1750 62

2. Article Number (Transfer from service label)
7015 1730 0001 8727 1523

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X McClain ☐ Agent ☐ Addressee
B. Received by (Printed Name): McClain — C. Date of Delivery: JAN 17 2017
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 — Domestic Return Receipt