UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF RESTORATION NETWORK, et al. ) | |
| ) | Civil Action No.: 18-cv-1632 |
| *Plaintiffs*, ) | |
| v.            ) | Judge: Mary Ann Vial Lemmon |
| ) | |
| U.S. ENVIRONMENTAL ) | Magistrate Judge: Michael North |
| PROTECTION AGENCY, et al., ) | |
| ) | |
| *Defendants*. ) | |

**REPLY IN SUPPORT OF MOTION TO STAY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN LIGHT OF DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND THE LAPSE OF APPROPRIATIONS AND REQUEST FOR EXPEDITED DECISION**

Defendants U.S. Environmental Protection Agency ("EPA") et al. dispute many of the statements in Plaintiffs' response to EPA's motion for stay (ECF No. 51); however, in the interests of allowing the Court to make a prompt decision, EPA will not address those disputes here.[1] For present purposes, the key point is that, to conserve the resources of the Parties and the Court, the Court should resolve Defendants' pending motion for voluntary remand without vacatur before further briefing occurs on Plaintiffs' motion for summary judgment. This remains true regardless of the fact that appropriations have been restored at this time. In light of the time lost due to the lapse in appropriations, however, if the Court does not stay this matter, an extension of the current February 5, 2019 due date for Defendants' response to Plaintiffs' motion for summary judgment remains warranted. Defendant agency personnel and their counsel were not able to work on Defendants' Response to Plaintiffs' motion during the lapse of

---

[1] EPA reserves the right to do so in any further proceedings.

1

appropriations, and accordingly, a stay of their response until 30 days after restoration of appropriations (*i.e.*, February 27, 2019) remains appropriate.

Dated: January 28, 2019  Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3155
Fax: (504) 680-3174

/s/ Clifford E. Stevens, Jr.
MEGHAN E. GREENFIELD
Trial Attorney
Environmental Defense Section
CLIFFORD E. STEVENS, JR.
Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20004-7611
Tel: (202) 514-2795
Fax: (202) 514-8865
Meghan.Greenfield@usdoj.gov
Clifford.Stevens@usdoj.gov